IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARIUS SIMS                                  No. C-09-4080 TEH (PR)

       Plaintiff,

    v.                                       ORDER OF TRANSFER

ANNE WOHLERS, et. al.,

       Defendant(s).
_____/

    Plaintiff, a prisoner presently incarcerated at Salinas Valley State Prison in Soledad, California, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that Defendants, all employees of Plaintiff's former place of incarceration, Mule Creek State Prison in Ione, California, violated his constitutional rights. See Doc. #1 at 2.  Plaintiff also seeks leave to proceed in forma pauperis under 28 U.S.C. § 1915.  Doc. #3.

    A substantial part of the events or omissions giving rise to the claim(s) occurred, and all named Defendants reside, in Amador County, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies

in the Eastern District.  See id. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

DATED    09/09/09

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.09\Sims-09-4080-transfer-caed.wpd

**2**