IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIUS SIMS,

      Plaintiff,                                No. CIV S-09-2582 GGH P

    vs.

ANN WHOLERS, et al.,

      Defendants.                        ORDER

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed November 1, 2010, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. Plaintiff was directed to provide additional information to serve defendants Silvia Garcia, M. Bunnell and S. Andrews, for whom process had been returned unserved. Plaintiff was also directed to promptly seek additional information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff and told that if the required information were denied or unreasonably delayed, plaintiff might seek judicial intervention. See Order, filed on 11/01/10 (docket # 24).

        On December 13, 2010, plaintiff submitted copies of his complaint but failed to

1

supply new addresses for defendants on the USM-285 forms.[1] Although unsuccessfully to date, plaintiff does indicate that he has made an effort to obtain the correct addresses. See Letter, filed on 12/13/10 (docket # 29), pp. 1, 5.

In an effort not to unnecessarily delay this matter, the court now directs defendants' counsel to query the Department of Corrections and Rehabilitation to ascertain the whereabouts of defendants Garcia, Bunnell and Andrews. If any or all of them are still employed with the Department of Corrections or Rehabilitation or any other California state agency, counsel shall provide the business address of each to plaintiff. If counsel is otherwise informed of the business addresses of defendants Garcia, Bunnell and Andrews, counsel shall provide the addresses to plaintiff. In the event that counsel, after conducting a good faith inquiry, cannot ascertain the business addresses of defendants Garcia, Bunnell and Andrews, counsel shall so inform the court.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days, defendants' counsel is to inform the court and plaintiff of the results of efforts to locate current business addresses for defendants Garcia, Bunnell and Andrews.

DATED: December 21, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
sims2582.8esup

---

[1] Waivers have been returned for the other named defendants, and a motion to dismiss as to those defendants who have been served was filed on December 16, 2010.