IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIUS SIMS,

       Plaintiff,                No. CIV S-09-2582 GGH P

   vs.

ANN WHOLERS, et al.,

       Defendants.      ORDER

_____/

      On August 22, 2011, plaintiff filed a motion to appoint counsel and a motion to compel production of documents. By application of the mailbox rule,[1] it appears that these documents may have been filed, on August 12, 2011, the same day this case was dismissed. Nevertheless, this civil rights action was closed on August 12, 2011; therefore, plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure.

////

////

---

[1] Pursuant to Houston v. Lack, 487 U.S. 266, 275-76, 108 S. Ct. 2379, 2385 (1988)(pro se prisoner filing is dated from the date prisoner delivers it to prison authorities). Douglas v. Noelle, 567 F.3d 1103, 1109 (9th Cir. 2009), holding that "the Houston mailbox rule applies to § 1983 complaints filed by *pro se* prisoners").

1

1  These documents (docket # 41 and docket # 42) will be placed in the file and disregarded.

2         IT IS SO ORDERED.

3  DATED: September 26, 2011

4                               /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH:009
sims2582.58ggh